

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00668-CV

**IN THE INTEREST OF J.N.G.** and C.Y.G.

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-01667
Honorable Charles E. Montemayor, Associate Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's Order of Termination Nunc Pro Tunc is AFFIRMED. No costs of appeal are assessed against appellant.

SIGNED March 28, 2018.

_____
Karen Angelini, Justice